# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release) |
|---|---|
| DAYTON JOE WALTER SABASTA | Case Number: CR 11-4108-1-MWB<br>USM Number: 06796-030<br>Max Wolson<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s) __1, 2, 3 a-n, 4, 5, and 6 a-c__ of the term of supervision.

■ was found in violation of __7 a-d__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of Alcohol | 02/22/2011 |
| 2, 7 a-d | Law Violation | 02/22/2011 |
| 3 a-n | Failure to Comply with Drug Testing | 03/08/2012 |
| 4 | Possession of Controlled Substance | 01/26/2012 |
| 5 | Association with Known Felon | 01/26/2012 |
| 6 a-c | Failure to Follow Instructions of USPO | 02/24/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 13, 2013
Date of Imposition of Judgment

*Mark W. Bennett* (signature)
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

6.14.13
Date

DEFENDANT: **DAYTON JOE WALTER SABASTA**
CASE NUMBER: **CR 11-4108-1-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **51 months (30 months to run consecutive and 21 months to run concurrent with Marshall County District Court Case Number FECR081012).**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       DAYTON JOE WALTER SABASTA
CASE NUMBER:     CR 11-4108-1-MWB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   **No supervised release shall be reimposed.**